JS 45 (1/96) Electronic Version
**Criminal Case Cover Sheet**      **U.S. District Court**

SEALED

2010 DEC -8 PM 12:58

## Place of Offense:

City: Madison     County/Parish: Dane County

Related cases:     Superseding ____ Docket Number ____

- 10-cr-100-bbc   U.S. v. Bowling    Same Defendant ____ New Defendant ____
- 10-cr-96-bbc    U.S. v. Hurkman    Magistrate Judge Case Number ____
- 10-cr-95-bbc    U.S. v. Bowman    Search Warrant Case Number ____
- 10-cr-94-bbc    U.S. v. Hughes    R 20/ R 40 from District of ____
- 10-cr-99-bbc    U.S. v. Khodadad

10 CR 180

## Defendant Information:

Matter to be sealed: ■ Yes    ☐ No

Def. Name: Bolling B. Smith II
Alias Name: ____
City/State: ____
Year of Birth: 1965    Last 4 digits of SSN: 7584
Sex: M    Race: B

## U.S. Attorney Information:

AUSA: DANIEL J. GRABER    Bar #: ____

Interpreter: ■ No    ☐ Yes    List language and/or dialect: ____

## Location Status:

Arrest Date: ____

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: 1    ☐ Petty    ☐ Misdemeanor    ■ Felony
                                                                                                   ☐ Class A
                                                                                                   ☐ Class B
                                                                                                   ☐ Class C

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: 12-8-10    Signature of AUSA: _Dan Graber_
                                                         DANIEL J. GRABER