# WARRANT FOR ARREST

| United States District Court | DISTRICT: WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br>v.<br>Bolling B. Smith II<br>Defendant. | DOCKET NO. SEALED<br>10 CR 180 | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Bolling B. Smith II | |

Warrant Issued on the Basis of:

[X] Indictment   [ ] Order of Court   [ ] Information   [ ] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:

City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conspiracy.

IN VIOLATION OF 18 U.S.C. Section 371..

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By:<br>Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court: **Peter Oppeneer**<br>(By) Deputy Clerk  *L. Jensen* | Date Issued:<br>12-8-10 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |