Howard S. Goldman
Attorney at Law
Suite 202
119 Martin Luther King, Jr. Boulevard
Madison, WI 53703
Telephone (608) 255-6300
Fax (608) 259-0505

January 7, 2011

Honorable Stephen Crocker
Magistrate Judge, U.S. District Court Western District of WI
120 N. Henry St.
Madison, WI 53703

<u>USA v. Bolling Smith</u>
Case No. 10 CR 180 BBC

Dear Judge Crocker:

I think there is an error in the minutes from today's arraignment in this case. The date stated for jury selection and trial is May 26, 2011. That would be a Thursday. My notes from court record a trial date of May 23, 2011, a Monday.

Thank you.

Sincerely,


Howard S. Goldman