# WARRANT FOR ARREST

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>Bolling B. Smith II<br><br>Defendant. | DOCKET NO. SEALED<br>10 CR 180 | MAGISTRATE JUDGE CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Bolling B. Smith II | |

Warrant Issued on the Basis of:

[X] Indictment  [] Order of Court  [] Information  [] Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:

City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy.

IN VIOLATION OF 18 U.S.C. Section 371..

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By:<br>Federal Judge/Magistrate Judge | Date Order: |
|---|---|
| Clerk of Court: **Peter Oppeneer**<br>(By) Deputy Clerk  *L. Jensen* | Date Issued:<br>12-8-10 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer:<br>K Helverson  DUSM | Signature of Arresting Officer:<br>KH |

FID# 2009930