

**U.S. Department of Justice**

**John W. Vaudreuil
United States Attorney
Western District of Wisconsin**

*Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Criminal Division Facsimile 608/264-5054
Civil Division Facsimile 608/264-5724
Administrative Facsimile 608/264-5183*

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

January 13, 2011

Howard S. Goldman
Goldman Law Office
119 Martin Luther King, Jr. Blvd., #202
Madison, WI 53703

    Re:    *United States v. Bolling B. Smith II*
            Case No. 10-cr-180-bbc

Dear Attorney Goldman:

    Enclosed please find the government's discovery in this matter. The enclosed CD contains pages bate stamped number 1 - 2030. In addition, discovery item 2031 is a copy of a CD.

    If you have any questions, please call. I can be reached at (608) 250-5468.

    Very truly yours,

    JOHN W. VAUDREUIL
    United States Attorney

By:    /s/
       DANIEL J. GRABER
       Assistant U.S. Attorney

DJG:sam

Enclosures

cc:    Magistrate Judge Stephen L. Crocker
       (without enclosures)