**U.S. Department of Justice**

*Office of the*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

March 30, 2011

Howard S. Goldman
Goldman Law Office
119 Martin Luther King, Jr. Blvd., #202
Madison, WI 53703

    Re:    *United States v. Bolling B. Smith II*
            Case No. 10-cr-180-bbc

Dear Mr. Goldman:

    Pursuant to the Court's PPTC order, the government gives supplemental notice of its intent to use expert testimony pursuant to Rule 16(a)(1)(G). The government anticipates calling the following expert witness:

    1.    Brian Nishida -- Mr. Nishida is a Computer Forensic Examiner with the FBI. He will testify as to the Platinum Concepts back-up tapes which contain the Platinum files for years prior to 2006. Mr. Nishida transferred this data to CD disks as well as a hard drive, which I believe he provided to you earlier this month. Mr. Nishida will also testify regarding the directory trees and the time and date stamps on the files. Mr. Nishida has previously testified as an expert witness for the government in the Western District of Wisconsin. Enclosed is a copy of his curriculum vitae. Please call me if you have any questions. I can be reached at (608) 250-5468.

                                    Very truly yours,

                                    JOHN W. VAUDREUIL
                                  United States Attorney

                    By:      /s/
                              DANIEL J. GRABER
                              Assistant U.S. Attorney

Enclosure
ecf:    Magistrate Judge Stephen L. Crocker (without enclosure)