**U.S. Department of Justice**

*John W. Vaudreuil*
**United States Attorney**
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

April 4, 2011

Howard S. Goldman
Goldman Law Office
119 Martin Luther King, Jr. Blvd., #202
Madison, WI 53703

    Re:    *United States v. Bolling B. Smith II*
           Case No. 10-cr-180-bbc

Dear Attorney Goldman:

    Government discovery in this matter is contained on the enclosed CD. New discovery provided at this time includes pages bate stamped number 2032 - 2216.

    If you have any questions, please call. I can be reached at (608) 250-5468.

    Very truly yours,

    JOHN W. VAUDREUIL
    United States Attorney

By:    /s/
    DANIEL J. GRABER
    Assistant U.S. Attorney

DJG:sam

Enclosure

cc:    Magistrate Judge Stephen L. Crocker
       (without enclosure)